UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020

UNITED STATES OF AMERICA,
Plaintiff,

v.

NEW YORK COFFEE AND SUGAR
EXCHANGE, INC.,
Defendant.

1:20-mc- 475

(originally 77 Civ. 5038)

## [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: 11/24/20

_____
United States District Court Judge
Southern District of New York

*The Clerk is directed to close this case.*
*So ordered.*
*11/24/20  J. Koeltl, U.S.D.J.*